No. D–1282. IN RE DISBARMENT OF KEITHLEY. It is ordered that Richard Ernest Keithley, of Kansas City, Kan., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.